ASSOCIATED OPERATING CO. and Liberty Mutual Insurance Co., Plaintiffs-Appellants, v. Samuel S. LOWE, Deputy Com'r of U. S. Employees' Compensation Commission, Second Compensation District, and Margarethe Trimpop, Defendants-Appellees.

No. 80.

Circuit Court of Appeals, Second Circuit.

Nov. 8, 1943.

John P. Smith, of New York City (Charles F. Bachmann, of New York City, of counsel), for appellants.

Harold M. Kennedy, U. S. Atty., of Brooklyn, N. Y. (Ward E. Boote, Chief Counsel, U. S. Employees' Compensation Commission, and J. F. Overend, Associate Counsel, both of Washington, D. C., of counsel), for appellee Samuel S. Lowe, Deputy Com'r.

Zimmerman & Zimmerman, of New York City (Arthur C. Parker, of New York City, of counsel), for appellee Margarethe Trimpop.

Before SWAN, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed on the opinion below. 52 F.Supp. 550.